April 29, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

**WALTER DAVIDSON AND WILLIAM MURRY, INDIVIDUALLY AND
D/B/A ALL ALL WORXS AND AMTEL COMMUNICATIONS, Appellants**

NO. 14-13-00089-CV                                V.

**TEL WEST NETWORK SERVICES CORPORATION, Appellee**
_____

This cause, an appeal from the judgment in favor of appellee, Tel West Network Services Corporation, signed October 29, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Walter Davidson and William Murry, individually and d/b/a All All Worxs and Amtel Communications, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.